COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:    01-13-01061-CV

Style:    Miriam Blank v. Jack Nuszen

Date motion filed:    January 17, 2014

Type of Motion:    Objection to Mediation

Party filing motion:    Appellee


It is **ordered** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated January 9, 2014.

Judge's Signature: /s/  Terry Jennings
       x   Acting individually


Date:  January 21, 2014

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).